

link 28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS BOBADILLA,<br><br>Plaintiff,<br><br>v.<br><br>SECURITYNATIONAL MORTGAGE COMPANY, (A Utah Corporation – Lender); NATIONAL DEFAULT SERVICING CORPORATION; AND DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-09322-PSG-ADSx<br><br>Honorable Judge Philip S. Gutierrez<br>Magistrate Judge Autumn D. Spaeth<br><br>[~~PROPOSED~~] **JUDGMENT GRANTING DEFENDANT SECURITYNATIONAL MORTGAGE COMPANY'S MOTION TO DISMISS COMPLAINT**<br><br>Action Filed: October 8, 2020<br>Trial Date: N/A |

Pursuant to the Minute Order entered by this Court on December 23, 2020, as Document Number 27, granting *defendant* SecurityNational Mortgage Company's ("SNMC") motion to dismiss *plaintiff* Jose Luis Bobadilla's ("Plaintiff") Complaint in this action,

**IT IS ORDERED** that SNMC is dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that **JUDGMENT** is hereby entered in favor of SNMC and against Plaintiff, who shall take nothing by way of this action.

///

///

1

2

1   **IT IS FURTHER ORDERED** that SNMC shall be entitled to recover its costs
2   of suit.
3
4   Dated: ____1/5/21_____   _____
5                                            HON. PHILIP S. GUTIERREZ