FILED
CLERK, U.S. DISTRICT COURT
1/6/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

link 31

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS BOBADILLA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SECURITY NATIONAL MORTGAGE COMPANY (a Utah Corporation – Lender);<br>NATIONAL DEFAULT SERVICING CORPORATION; and<br>DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-09322- PSG-ADS<br><br>[Honorable Judge Philip S. Gutierrez<br> Magistrate Judge Judge Autumn D. Spaeth]<br><br>**[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Action Filed: October 8, 2020<br>Trial Date: Not Scheduled |

1

1  Pursuant to the Minute Order entered on December 23, 2020, as Document No. 27,
2  granting Defendant, National Default Servicing Corporation's ("NDSC") Motion to
3  Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and
4  (6) ("Motion"),

5  **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED.**

6  **IT IS FURTHER ORDERED THAT** this action is hereby dismissed with
7  prejudice as to NDSC.

8  **IT IS FURTHER ORDERED THAT JUDGMENT** is entered in favor of NDSC
9  and against Plaintiff, Jose Luis Bobadilla.

10  **IT IS FURTHER ORDERED** that NDSC shall be entitled to recover its costs of
11  suit.

12  **IT IS SO ORDERED.**

13

14  Dated: __1/6/21__           _____
                                 Honorable Judge Philip S. Gutierrez
15

16

17

18

19

20